IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANNE H. LAMBORN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-757-RP |
| JENELLE MARIE ANDERSON HUEY, et al., | § § § | |
| Defendants. | § § | |

**ORDER**

On March 14, 2024, Plaintiff filed two notices of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff dismissed her claims against Defendant Jenelle Marie Anderson Huey as Trustee of the Ricky Charles Anderson Trust without prejudice, (Dkt. 15), and Plaintiff dismissed her claims against the remaining individual defendants, Jenelle Marie Anderson Huey, in her individual capacity, Charles William Huey, and Janis Ann Anderson with prejudice, (Dkt. 16). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served an answer or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on March 17, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE